UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ERIC JEAN BAPTISTE,

                                Plaintiff,

       -against-

CITY OF NEW YORK, and POLICE OFFICERS JOHN DOE #1 through JOHN DOE #9, all of the NEW YORK CITY POLICE DEPARTMENT,

                                Defendants.

**NOTICE OF APPEARANCE**

24-CV-798 (PK)

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **MAMOON SALEEMI**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for defendant the City of New York. I certify that I am admitted to practice before this Court. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated: New York, New York
       June 11, 2024

                                          MURIEL GOODE-TRUFANT
                                          Acting Corporation Counsel of the City of
                                            New York
                                          *Attorney for defendant City*
                                          100 Church Street
                                          New York, New York 10007
                                          (212) 356-2384
                                          msaleemi@law.nyc.gov

                                          By:        /s/
                                                   Mamoon Saleemi
                                                   *Assistant Corporation Counsel*

- 2 -

cc: **<u>BY ECF</u>**
Jonathan Anthony Fink
*Attorney for Plaintiff*
Fink & Katz, PLLC
299 Broadway, Suite 1803
New York, NY 10007
212-385-1373
Fax: 212-689-1710
Email: jfink@finkkatz.com