Case Name: Baptiste v. City of New York_____ Case Number:  24 CV - 798 ( _____ ) (PK)

## PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A.  ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1.   Rule 26(f) Conference held | X | | 7/15/2024 |
| 2.   Rule 26(a)(1) disclosures exchanged | | | 7/24/2024 |
| 3.   Requested: | | | |
| a.   Medical records authorization | X | | |
| b.   Section 160.50 releases for arrest records | X | | |
| c.   Identification of John Doe/Jane Doe defendants | | | |
| 4.   Procedures for producing Electronically Stored Information (ESI) discussed | X | | |
| 5.   Confidentiality Order to be submitted for court approval (see Standing Confidentiality Order on the Chambers website) | | | 7/24/2024 |
| **B.  SETTLEMENT PLAN** | | | |
| 1.   Plaintiff to make settlement demand | | | after paper discovery |
| 2.   Defendant to make settlement offer | | | 30 days later |
| 3.   Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | | |
| 4.   Settlement Conference (proposed date) | | | |
| **C.  PROPOSED DEADLINES** | | | |
| 1.   Motion to join new parties or amend pleadings | | | 8/26/2024 |
| 2.   Initial documents requests and interrogatories | | | 9/26/2024 |
| 3.   All fact discovery to be completed (including disclosure of medical records) | | | 3/27/2025 |
| 4.   Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 4/2/2025 |

Rev. 11-03-20

| 5. Expert discovery (only if needed) | | | *Check here if not applicable* ☐ |
|---|---|---|---|

| Plaintiff expert proposed field(s) of expertise: | orthopaedist |
|---|---|
| Defendant expert proposed field(s) of expertise: | orthopaedist |

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| a. Affirmative expert reports due | | | **5/2/2025** |
| b. Rebuttal expert reports due | | | **6/2/2025** |
| c. Depositions of experts to be completed | | | **7/10/2025** |
| 6. Completion of ALL DISCOVERY (if different from C.3) | | | **7/17/2025** |
| 7. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | **7/17/2025** |
| 8. If any party seeks a **dispositive motion**, date to (a) file request for pre-motion conference (if required), or (b) file briefing schedule for the motion | | | **7/31/2025** |
| 9. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | **8/28/2025** |

## D.  CONSENT TO MAGISTRATE JUDGE JURISDICTION

| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes<br>X No |
|---|---|
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes<br>X No |

## E.  *COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY*

| 1. Motion for collective action certification in FLSA cases | | | |
|---|---|---|---|
| a. Response due | | | |
| b. Reply due | | | |
| 2. Motion for Rule 23 class certification | | | |
| a. Response due | | | |
| b. Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

*Peggy Kuo*                                                     July 24, 2024
_____        _____
**PEGGY KUO**                                            **Date**
United States Magistrate Judge

Rev. 11-03-20

** Joint status report due December 2, 2024 reporting on the progress of discovery