Attorney: FINK & KATZ, PLLC  Jonathan A. Fink, Esq.
Address: 299 BROADWAY, STE. 1803  New York, NY 10007

ERIC JEAN BAPTISTE,

*vs*

THE CITY OF NEW YORK, et al.,

*Plaintiff*

*Defendant*

**Index Number**: 1:24-cv-00798-EK-PK
**Client's File No.**:
**Court Date**:

**Date Filed**: 09/20/2024

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:

# AFFIDAVIT OF SERVICE

Latchme D. Drepaul, being sworn says:
Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **12/19/2024**, at **11:14 AM** at: **ONE POLICE PLAZA, MILITARY EXTENDED LEAVE DESK , NEW YORK, NY 10038** Deponent served the within **Summons in a Civil Action, Schedule, Civil Cover Sheet, Amended Complaint and Jury Demand**
On: **POLICE OFFICER JEFFREY MEAGHER c/o NEW YORK CITY POLICE DEPARTMENT**, Defendant therein named.

Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Giorgia Bono (Community Assistant ) a person of suitable age and discretion. Said premises is recipient's [X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**
**Sex**: Female    **Color of skin**: White    **Color of hair**: Black    **Glasses**: Yes
**Age**: 51 - 65 Yrs.    **Height**: 5ft 4inch - 5ft 8inch    **Weight**: 131-160 Lbs    **Other Features**:

☐ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☐ **#5 OTHER**

☒ **#6 MAILING**
Latchme D. Drepaul being duly sworn, deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by First Class  mail on  **12/19/2024** to **POLICE OFFICER JEFFREY MEAGHER c/o NEW YORK CITY POLICE DEPARTMENT** at **ONE POLICE PLAZA, MILITARY EXTENDED LEAVE DESK , NEW YORK, NY 10038** in an official depository of the United States Postal Service in the State of New York. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Sworn to before me on  12/22/2024

BALDEO C. DREPAUL
Notary Public, State of New York
Registration No. 01DR6349410
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/17/2028

Latchme D. Drepaul
License # 2066896-DCA

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542-DCA*