

**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**MAMOON SALEEMI**
*Assistant Corporation Counsel*
E-mail:msaleemi@law.nyc.gov
Phone: (212) 356-2384
Fax: (212) 356-3509

March 5, 2025

**<u>VIA ECF</u>**
Honorable Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: <u>Baptiste v. City of New York et al.</u>, 24-CV-798 (EK)(PK)

Your Honor:

   I am an Assistant Corporation Counsel in the Office of the Muriel Goode-Trufant, Corporation Counsel of the City of New York, and attorney for defendants City of New York, Michael Panetta, and Dean Perez in the above referenced matter. I write to respectfully request that Your Honor excuse a representative from the Office of the New York City Comptroller from attending the March 11, 2025 settlement conference. In the alternative, it is respectfully requested that Your Honor allow a representative from the Comptroller's Office to be available, as needed, by telephone. Plaintiff counsel consents to this request.

   This request is necessitated because, on any given day, the Comptroller's Office has oversight over a large number of settlement negotiations, including mediations and settlement conferences. In this matter, the undersigned will appear at the conference with settlement authority, is fully familiar with the underlying facts, and will ensure that a representative of the Comptroller with full settlement authority is available to speak by telephone, if necessary. In the event the Court is not inclined to grant this request, defendants respectfully request that a representative of the Comptroller's Office be permitted to appear by telephone at the start of the conference and be available by telephone for the remainder of the conference, as needed.

Thank you for your consideration of this request.

Respectfully submitted,

*/S/ Mamoon Saleemi*
Mamoon Saleemi
Assistant Corporation Counsel
Special Federal Litigation Division

cc:     **VIA ECF**
        Brian Bromberg
        Jonathan Fink
        *Attorneys for Plaintiff*